IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **RICHARD GARRIN,** <br><br> **Defendant.** | 9:23-po-5017-M-KLD <br><br> Violation: F02S001N <br><br> **ORDER** |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this 25th day of March, 2024.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge